**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Dustin Henderson,

Plaintiff(s),

v.

Las Vegas Metropolitan Police Department, et al.,

Defendant(s).

Case No. 2:26-cv-01345-ART-NJK

**Order**

[Docket No. 11]

Pending before the Court is Plaintiff's motion to extend the deadline to amend or add parties. Docket No. 11. The Court does not usually resolve such a request in a vacuum. Instead, the extension request is often denied without prejudice to filing a motion for leave to amend that attaches the proposed amended pleading, addresses the Rule 15 standards, and addresses the Rule 16 good cause standard. *See, e.g., Adherence v. CVS Health Corp.*, 2025 WL 1393970, at *1 (D. Nev. Apr. 7, 2025) (citing *Novotny v. Outback Steakhouse of Fla., LLC*, 2017 U.S. Dist. Lexis 114672, at *2-3 (D. Nev. July 21, 2017)).[1] Accordingly, the Court **DENIES** without prejudice Plaintiff's motion to extend the deadline to amend or add parties. Plaintiff must file a motion for leave to amend no later than August 24, 2026,[2] in accordance with the requirements outlined above.

IT IS SO ORDERED.

Dated: August 10, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] In such a scenario, the Court also gives the movant the benefit of the earlier request date in analyzing whether to modify the case management schedule. *See, e.g.*, *Smith v. Las Vegas Metro. Police Dept.*, 2024 WL 4046295, at *1 n.2 (D. Nev. July 29, 2024).

[2] The instant motion seeks a 45-day extension, which seems excessive. If Plaintiff cannot reasonably file the motion by the deadline set out herein, a request may be filed to extend it.